**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD WADE ARCHITECTS, P.C., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 13 C 8457 |
| | ) | |
| v. | ) | Judge Chang |
| | ) | Magistrate Judge Keys |
| HISTORY CONSTRUCTION | ) | |
| MANAGEMENT, LLC, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

Plaintiff, Richard Wade Architects, P.C., respectfully requests that this Court enter judgment in the amount of $4,180.50 in attorney's fees and $475.00 in costs of suit against defendant History Construction Management, LLC. In support thereof, plaintiff states:

1.     On February 28, 2014, this Court entered an order granting plaintiff's motion for entry of default, entering a judgment in favor plaintiff and against defendant History Construction Management in the amount of $500.00 in statutory damages, and directing plaintiff to file a motion and affidavit for attorney's fees and costs. *[Dkt. No. 22]*

2.     Plaintiff files the accompanying memorandum in support of its request for attorney's fees and costs.

3.     In its memorandum, plaintiff respectfully requests an award of $4,180.50 in attorney's fees and $475.00 in costs of suit.  Additionally, plaintiff requests that the Court enter an order enjoining defendant History Construction Management, LLC, from further transmitting

1

unsolicited facsimile advertisements into the state of Illinois to plaintiff.

WHEREFORE, plaintiff respectfully requests entry of a judgment against defendant

History Construction Management, LLC, and in Plaintiff's favor in the amount of $4,180.50 in

attorney's fees and $475.00 in costs of suit.

Respectfully submitted,

  s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

2

## <u>CERTIFICATE OF SERVICE</u>

I, Heather Kolbus, certify that on March 13, 2014, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

History Construction Management, LLC
c/o Paul C. Birkett, Registered Agent
300 West Henry Street
Odell, Illinois 60460


  s/ Heather Kolbus  
Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

3